E. Craig Smay  #2985
174 E. South Temple
Salt Lake City, Utah 84111
Telephone Number (801) 539-8515
Fax Number (801) 539-8544
(Property - 9896 N)
*Attorney for Plaintiff*

---

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH,
CENTRAL DIVISION

---

| | |
|---|---|
| COMMONWEALTH PROPERTY ADVOCATES, LLC. | **NOTICE OF VOLUNTARY DISMISSAL** |
| *Plaintiff,* | |
| vs. | Case No. 2:10-CV-33 CW |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2007-9, RECONTRUST COMPANY, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND JOHN DOES OF UNKNOWN NUMBER, | Judge Clark Waddoups |
| *Defendants.* | |

Notice is hereby given that plaintiff, pursuant to Rule 41(a), F.R.C.P., hereby voluntarily dismisses, without prejudice, the claims herein against unnamed parties designated John Doe.

RESPECTFULLY submitted this 6th day of July, 2010

      /s/ E. Craig Smay
      E. Craig Smay, *Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2010, **"NOTICE OF VOLUNTARY DISMISSAL**", was electronically filed with the Clerk of the Court using he CM/ECF system which will send notification to all counsel of record registered under the CM/ECF system.

Peter J. Salmon
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935

Amy F. Sorenson
SNELL & WILMER
Beneficial Tower
15 W. South Temple, Suite 1200
Salt Lake City, UT 84101

                                                             /s/ E. Craig Smay
                                                           E. Craig Smay, *Attorney for Plaintiff*